# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROSA LIDIA PORTILLO-COREAS, <br> Defendant. | Case No.: 18-MJ-20517-DMS <br><br> **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above entitled case be dismissed, without prejudice.

IT IS SO ORDERED.

Dated: August 13, 2018

Hon. Dana M. Sabraw
United States District Judge